

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Jared Steven Lawson, Appellant

No. 06-22-00032-CR         v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 29014). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Morriss and Justice Stevens participating.

      As stated in the Court's opinion of this date, we find no error in the judgments of the court below.  We affirm the trial court's judgments of conviction.

      We note that the appellant, Jared Steven Lawson, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED SEPTEMBER 27, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk